**Alton E. GOODREAULT,**
**Claimant–Appellee,**

v.

**Anthony J. PRINCIPI, Secretary of**
**Veterans Affairs, Respondent–**
**Appellant.**

**Robert T. Aitchison, Claimant–**
**Appellee,**

v.

**Anthony J. Principi, Secretary of**
**Veterans Affairs, Respondent–**
**Appellant.**

**Annie L. Mixson, Claimant–Appellee,**

v.

**Anthony J. Principi, Secretary of**
**Veterans Affairs, Respondent–**
**Appellant.**

**Nos. 04–7079, 04–7092, 04–7094.**

United States Court of Appeals,
Federal Circuit.

June 2, 2004.

Sean A. Kendall, Principal Attorney, Boulder, CO, for Claimant–Appellee.

Martin F. Hockey, Jr., Principal Attorney, David M. Cohen, of Counsel, Department of Justice, Washington, DC, for Respondent–Appellant.

LOURIE, Circuit Judge.

### ORDER

The Secretary of Veterans Affairs moves without opposition to vacate the Court of Appeals for Veterans Claims' decisions in *Goodreault v. Principi*, 02–0555 (November 26, 2003), *Aitchison v. Principi*, 02–1666 (December 10, 2003), and *Mixson v. Principi*, 02–1918 (December 17, 2003), and remand these cases for further proceedings consistent with this court's decision in *Conway v. Principi*, 353 F.3d 1369 (Fed.Cir.2004).

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.